UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF IOWA

CENTRAL DIVISION

| | |
|---|---|
| ALLY FINANCIAL INC., a Delaware Corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THOMAS D. GRETTER, an Individual; JOHN D. GRETTER, an Individual,<br><br>　　　　Defendants. | Case No. 4:15-CV-00051-SMR-HCA<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT, JOHN D. GRETTER** |

Plaintiff Ally Financial Inc. ("Ally") on the one hand and Defendant John D. Gretter, an individual ("John Gretter"), on the other hand stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i)(ii) and pursuant to a settlement agreement between them, as set forth below. Ally and John Gretter are collectively referred to herein as the "Parties" or as a "Party" when singularly referred to.

## STIPULATION

1. The claims for relief for: a) breach of contract (personal guaranty); b) conversion; c) fraud; and d) negligent misrepresentation alleged against John Gretter in the Verified Complaint filed on February 13, 2015 by Ally (the "Complaint") shall be dismissed with prejudice.

2. The Parties shall bear their own attorneys' fees and costs incurred in connection with this action.

3. Ally expressly reserves its right to pursue the claims for relief for: a) breach of

contract (personal guaranty); b) conversion; c) fraud; and d) negligent misrepresentation alleged against defendant, Thomas Gretter in the Complaint, whose default was entered by the Court on June 16, 2014.

4. Based on the foregoing the Parties stipulate and agree that the claims alleged by Ally in the Complaint against John Gretter are hereby dismissed with prejudice.

**IT IS SO STIPULATED.**

Dated: 1-25-16

John D. Gretter, individually

Dated: 1/26/2016

ALLY FINANCIAL INC.

Name: Michael D. Keeler
Title: MICHAEL D. KEELER
Its: ASSISTANT SECRETARY

APPROVED AS TO FORM

DATE: January ____, 2016

PUGH HAGAN PRAHM PLC.

By: _____

Adam S. Tarr (Iowa State Bar # LI0025330)
atarr@pughhagan.com
Lead Attorney
**PUGH HAGAN PRAHM PLC**
1100 Sixth St., Suite 102
Coralville, IA 52241
Telephone: (319)-351-2029
Facsimile: (319) 351-1102
Attorneys for Defendant John D. Gretter

APPROVED AS TO FORM

DATE: January 25, 2016

PUGH HAGAN PRAHM PLC

By: _____

Adam S. Tarr (Iowa State Bar # LI0025330)
atarr@pughhagan.com
Lead Attorney
**PUGH HAGAN PRAHM PLC**
1100 Sixth St., Suite 102
Coralville, IA 52241
Telephone: (319)-351-2029
Facsimile: (319) 351-1102
Attorneys for Defendant John D. Gretter

DATED: 1/26, 2016

BRICK GENTRY P.C.

By: _____

Douglas A. Fulton (Iowa State Bar #8813)
Doug.Fulton@brickgentrylaw.com
Lead Attorney
**BRICK GENTRY P.C.**
6701 Westown Parkway, Suite 100
West Des Moines, IA 50266-7703
Telephone: (515) 274.1450
Facsimile: (515) 274-1488
Attorneys for Plaintiff Ally Financial Inc.

DATED: _____, 2016

By: _____

Eleanor M. Roman (California Bar No. 178736)
(Admitted *pro hac vice*)
emr@severson.com
Lead Attorney

**SEVERSON & WERSON**
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Attorneys for Plaintiff Ally Financial Inc.

19003.0011/6374866.1

| Copy to: | CERTIFICATE OF SERVICE |
|---|---|
| Adam S. Tarr<br>PUGH HAGAN PRAHM PLC<br>1100 Sixth Street<br>Suite 102<br>Coralville, IA 52241<br>Tel.: 319-351-2028<br>Fax: 391-351-1102<br>Email: atarr@pughhagan.com<br>Attorney for John D. Gretter<br>**BY CM/ECF NOTICE OF ELECTRONIC FILING** | The undersigned certifies that a true copy of this foregoing **STIPULATION FOR DISMISSAL OF DEFENDANT, JOHN D. GRETTER** was served upon the attorneys of record herein for defendant John D. Gretter, at their address set forth to the left on February 5, 2016 by CM/ECF.<br><br>By: _____<br>Name: Stella Saephan |